IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

BRUCE MORRIS,

    Petitioner,

    v.

ARTHUR CALDERON,

    Respondent.

_____/

CIV. NO. S-92-0483 EJG/GGH P

**DEATH PENALTY CASE**

<u>ORDER DENYING MOTION TO STRIKE RESPONDENT'S REPLY;</u>
<u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u>

    Petitioner, a state prisoner under sentence of death, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The case was referred to Magistrate Judge Gregory G. Hollows pursuant to 28 U.S.C. § 636 and Local Rule 72-302©)(17).  The case has a lengthy procedural history, as noted by Judge Hollows in his February 18, 2005 Order and Findings and Recommendations.  It is presently before this court pursuant to a remand order from the Ninth Circuit of Appeals.

1

After conducting a <u>de novo</u> review of the record, including petitioner's objections and respondent's reply, the court: 1) denies petitioner's motion to strike respondent's reply brief; and 2) adopts the magistrate judge's findings and recommendations of February 18, 2005 in full.

**SUMMARY**

1. Petitioner's motion to strike respondent's reply to objections is DENIED;

2. Claims XXXVII (Subclaims C, E and G) are DENIED;

3. Claim XLIV is DENIED on the merits for the guilt phase and DENIED as MOOT for the penalty phase;

4. Claims XLV and XLVI are DENIED;

5. Claim I (paragraphs H & J), Claim II (paragraphs G & I) are DENIED as to the guilt phase;

6. Claim I (paragraph J) and Claim II (paragraph G) are DENIED as MOOT for the penalty phase;

7. All other claims having been adjudicated adversely to or abandoned by petitioner, judgment is granted to petitioner on Claims XXXVI (in part) and XL, as ordered by the Ninth Circuit.

8. The penalty phase shall be retried or, alternatively, if retrial is not commenced within a reasonable time, petitioner shall be resentenced according to California law.

IT IS SO ORDERED.
Dated: April 27, 2005     /S/ Edward J. Garcia
                          EDWARD J. GARCIA, JUDGE
                          UNITED STATES DISTRICT COURT

2