IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRUCE WAYNE MORRIS,

        Petitioner,                  No.   CIV S-92-0483 EJG GGH P

        vs.                          **DEATH PENALTY CASE**

JILL BROWN, Warden,

        Respondent.            ORDER
_____/

        On January 8, 2007, petitioner's (Bruce Wayne Morris) application for review of the Ninth Circuit decision, Morris v. Ylst, 447 F.3d 735 (9th Cir. 2006) was denied by the United States Supreme Court. Therefore, the court's judgment entered April 27, 2005, is in effect, and no further orders of this court will issue concerning the judgment.

DATED: 1/8/07

                                  /s/ Gregory G. Hollows

                                  _____
                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
morr0483.ord

1